Franklin E. **TODD**, Plaintiff and
Appellant,

v.

**NORTHWEST AIRLINES, INC.,**
Appellee.

No. 24050.

United States Court of Appeals,
Ninth Circuit.

Feb. 11, 1971.

Arnold Barer (argued), of Wettrick,
Toulouse, Lirhus & Hove, Seattle, Wash.,
for plaintiff-appellant.

———◆———

W. R. McKelvy (argued), of Skeel,
McKelvy, Henke, Evenson & Betts, Se-
attle, Wash., for appellee.

Before CHAMBERS, MURRAH and
HUFSTEDLER, Circuit Judges.

PER CURIAM:

The final order of the district court
approving an award of a System Board
of Adjustment, impaneled under the
Railway Labor Act, is affirmed. We do
it on the basis of the district court's de-
cision, Todd v. Northwest Airlines, Inc.,
324 F.Supp. 79.

Todd was the junior member of a
flight crew and he has been discharged
because he "influenced and encouraged
the first pilot and other crew members
to fly Flight No. 27 of January 1, 1964,
at a time when he had good reason to
believe the first pilot should not take out
the flight in the interest of public safe-
ty."

Todd was the one who "leaked" word
of the first pilot's condition on the criti-
cal day. Another system board disci-
plined Pilot Rall and co-pilot Lee, but
did not order their discharge. That
award was left undisturbed by North-
west Airlines, Inc., v. ALPA, Rall and
Lee, 373 F.2d 136 (8th Cir.), cert. den.
389 U.S. 827, 88 S.Ct. 77, 19 L.Ed.2d 83.

Much as we would like to see consist-
ent results here, it is beyond our power
to order them. We cannot say the trial
court erred in approving the award of
Todd's board.